PROB 12B
(4/17)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Matthew Sheldon               Cr.: 12-00324-001
                                                PACTS #: 60915

Name of Sentencing Judicial Officer:   HONORABLE DENNIS M. CAVANAUGH
                                       RETIRED UNITED STATES DISTRICT COURT JUDGE

Name of Assigned Judicial Officer:     HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 10/21/2013

Original Offense:   Count 1- Conspiracy to Commit Wire Fraud

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, $869,492 Restitution, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/04/2016

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

### ALCOHOL/DRUG TESTING AND TREATMENT

The defendant shall participate in an outpatient drug treatment program approved by the U.S. Probation Department. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the Probation Department's Sliding Scale for Substance Abuse Treatment Services, and shall cooperate in securing any applicable third party payment, such as insurance or Medicaid. The defendant shall disclose all financial information and documents to the Probation Department to assess his or he ability to pay. The defendant shall not consume alcohol or other intoxicants during and after treatment, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

### CAUSE

On September 1, 2018, Sheldon was arrested and charged with aggravated unlicensed operator of a motor vehicle and driving while under the influence of alcohol. These charges are still pending. Additionally, on October 23 and 30, 2018, Sheldon provided urine specimens which tested positive for cocaine. He admitted use and advised that he was also under the influence of alcohol at the time of use. Based on Sheldon's drug

use and recent arrest, it is recommended that the conditions of his supervised release be modified to include substance abuse testing and treatment.

Respectfully submitted,

*Dana Hafner/jj*
By: Dana Hafner
U.S. Probation Officer
Date: 11/05/2018

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

Nov. 6, 2018
_____
Date